JOHN BLADY et al., Copartners under the Firm Name of BLADY & WODACK, Respondents, *v.* JACOB ROTHSCHILD, Appellant.

*Blady* v. *Rothschild*, 65 App. Div. 615, appeal dismissed.
(Submitted February 10, 1902; decided February 18, 1902.)

MOTION to dismiss an appeal from a judgment of the Appellate Division of the Supreme Court in the first judicial department, entered November 20, 1901, affirming a judgment in favor of plaintiffs entered upon the report of a referee.

The motion was made upon the grounds that the Court of Appeals has no jurisdiction to entertain the appeal, it being from a judgment for services, that there is no question of law involved and that the exceptions are frivolous.

*Julius Seymour* for motion.

*Charles H. Brush* opposed.

This is not an action for services within section 191 of the Code of Civil Procedure, but as we find the exceptions to be frivolous, motion granted and appeal dismissed, with costs and ten dollars costs of motion.